·John J. Wood, Respondent, *v.* Susie V. Whelen, Appellant.

*Wood* v. *Whelen,* 92 App. Div. 612, affirmed.
(Submitted December 12, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 14, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*T. M. Tyng* for appellant.

*Henry Warren Beebe* and *William Willett, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, O'Brien, Bartlett, Haight, Vann and Werner, JJ.

---

Juliaette G. Hunt, Respondent, *v.* John R. Thompson, Appellant.

*Hunt* v. *Thompson,* 97 App. Div. 633, affirmed.
(Argued December 13, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 5, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Walter Farrington, A. M. Card* and *G. Card* for appellant.

*Charles Morschauser* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, O'Brien, Bartlett, Haight, Vann and Werner, JJ.